# Justice liberty prace family unit no intimidation or abuse of our lives free justice

Maria Deltoro. My daughter Kathy Deltoro I demand justice freedom peace for my daughter now and to all this people pay fir the bad actions that all are committed to

This is my first initiation of US my complaint or my "lawsuit" in this civil court i dont have even have a lawyer who can represent us or pay for this inoculation of civil rights violation we have the rights to be represented by and attorney me and my daughter and I written briefly the issues that DSS and the Judge and attorney and others people are involved in this case since i have every right to have justice done in the face of these constante abuseand violations of aour civil rights to be as united familyand not disunited by discrimination or any other type of abuse by falls allegations insult slander verbal abuse extortion manipulation trauma injustice ohysical abuser economy lost and falss abused verbal or in writing documents i



# COMPLAINT FOR CIVIL RIGHTS VIOLATION

Cmplaint information.          Date 6-19-25

Your nane : Maria Deltoro  and Kathy Deltoro

Address: 38 Winthrop ct          Appt : B

City : wappingers falls          County : NY.  Zip:12590

Email add:_____

Attomey names if one :Jasmine Hernandez / law guard

## Adress_____apt_____

## City westche county w.p state :NY

Yes ____No __  No this is my first initial complaint in this court of civil i was file manytines Motion and they ignored

No this my first  complaint against all this dss judge attorney school teacher nurse dr in this court

## Court action takeby you against socialand and social services department attorneysj judge teacher doctors stuff police

Have you tacked any vivil or criminal action against DSS social workers attorney judge school teachers doctors nurse stuff from the facility or office ect

If so please name the court and provide the index number _____

My complaint is for against the DSS for violation of the liberty civil rights violations

### Iam submitting this complaint against DSS Caroline Wilcott and from the facility ferncliff manor the sicial work  Michelle Saich

I have this case going from 9 yrs dealing whit dss social worker Michelle salch for this 9 yrs of injustice and caroline wilcott who are show me unprofessional and bad behavior and the constant violation of there own court order ? I have not see my daughter flr more the one yr and for nit reason they dont let in me bee vustid or bring my daughter back home in ny last court day 5/21/25 i was there after past 6 moth for hear again that only talking is about material things i ask to bee reunited whit my daughter that she needs me as a mother i am i have all the right to fight for this injustice situacion that is out of control for material things i ask for evidence or abuse that said dss in court days and none show any real evidence is past 9 yrs injustice and i have not seen that they solve this situation unfair situation of seeing my daughter separated from my care unfairlyand the constant lies abused manipulation on court days it's 9 yrs that i seen so much heater and discrimination on part of all from judge social worker Dss police nurse dictir teacher all michelle salch she created abusive historys and the constant physical abuse injuries ER verbal abuse that creates all who work in that facility of feencliff manor where is not good dtuff and good supervisor all are on tge bad behavior from they own health problems and the constant violation of my daughter rights and her freedom is been violated all this 9 yrs whit out any evidence including mine are been violated

We been discriminated heated extortion manipulation abuse all type falls allegations  they break my economic our reputation defamation there are corruption they abusing my time my patience that has teach zero limits and the judge attorney police etc siciak wirk dss are created all this abusive time and yrs of trauma abuse villation on violated our bill of right civil rights violation our constitution rights deprivation of my daughter liberty whit out any evidence or mistreatment muchelle salch has a bigger problem on her life from lack off love from her own self and that is not my daughter or mine problem is her problem including all that i mentioned in this complaint

## I femand justice the liberty of my daughter and to all of this Dss respond all the damage that are created in us for not reason and for benefit

Initiation of civil lawsuits

Complaint against the DSS social worker judge attorneys doctors nyrse scholl teachers police



### Initiation of civil lawsuits

Fir violation and deprivation of my daughter kathy Deltoro liberty.For meducal neglect (Malpractice) school neglect for physical abuse fir provoking injuries to my daughter inside the facility and at school hours time abd out doors fir not well supervision buy the social wirk and tuff for traumafir verbal abuse by the stuff for emotional distress caused by the facility members stuff by DSS for the police provoked bu caroline wilcott Michelle saich and all whi wirk in the facility of ferncliff manor and at school

I file this report to these un-professional sicial workers judge attorneys doctors school trachers police nurse stuff who claim to be professional fir violating our constitutional rights the Bill of Rights our Amendment 1th 4th6th 7th 14th Amendment of my daughter kathy deltoro and mine maria deltorofir abusing us they committed day by day all type of abuse negligence from kidnapping my daughter depriving my daughter liberty unjustified by these 9 yrs unjustified for years and vilating FOURTEENTH AMENDMENT section 1Right No state shall make or enforce any law which shall abridge the privileges or immunity of citizens of the United States nor shallany state our family rights of freedom violations unjustified by lies abuse of authority fir physical abuse misconduct mistreating and provoked by DSS Caroline wilcott from the facility Ferncliff Manor Michelle Saich and a judge Michelke Schouer police guardian from the court room and from DSS office and facility and all who work in the facility ferncliff manor and at school

Thus is the name who are involving in this case
DSS Catoline Wilcot
Ferncliff Manor /Michelle Saich all who worked in the facility
Hon Judge Michell Schouer
Attorney Jasmine Hernandez
Casa /Barbara Morgan
Police guard from the family court & DSS police guard
DSS Supervisor Marsia Forestal

For violating the court orders my visitation for no letting me bring my daughter at home the violation of the court days or cancellation of my court days whit out good reason for cancellation of my visitation whit my daughter whit out any good reason cause or circumstance for lie all this 9 years for conflict of interests for extortion for the attorney not representing me well in court days lack of communication lack of my constitutional rights the constant abuse mistreatment and violating my 1th Amendment I have me and my daughter to be represent at all time whit and attorney if i can't afford one the court has to hire or look for one who can represent us me and my daughter in court dsys and have a good communication ehit me no to ignore me or verbally abused me or my daughter for violatin my request OF MOTION MY PETTINESS TO BE REUNITED WHIT MY DAUGHTER AND THEY HAVEN SHOW ANY EVIDENCE ALL THIS 9 YEARS OF INJUSTICES

Lack of due process for falls allegations they removed my child whit out a warrant and unjustifiable reason now the court has determined that parents have a fundamental rights to direct the care ?custody,and control of their children. But why the court is keeping violating my rights then this fami court has page 63 determined that the government SHALL NOT INTERFERE WHIT THIS RIGHT UNLESS AND UNTIL S PARENTS IS PROVEN UNFIT so where are the evidence that in my vourt days and 5/21/25 i was not have and attorney who can represent me in courd days so i have all rights to defend my daughter and my self for this falls allegations i ask the judge Michelle Schouer to show evidence and she only laughed at me and she knows that DSS is lie including her the judge

Sign Maria Deltoro

Case 1:25-cv-05445-LTS    Document 1    Filed 06/26/25    Page 4 of 4

Marta Deltoro
38 winthrop ct B
Wappingers falls
NY 12590

ALBANY NY 120

23 JUN 2025 AM 4 L

USA FOREVER

USM WP
SDNY

US District court cleark
300 Quarropas st
white plains
NY 10601

10601-414000