UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA DELTORO; KATHY DELTORO,<br><br>                       Plaintiffs,<br><br>-against-<br><br>DEPARTMENT OF SOCIAL SERVICES; DEPARTMENT OF SOCIAL SERVICES ATTORNEYS; DEPARTMENT OF SOCIAL SERVICES JUDGE; DEPARTMENT OF SOCIAL SERVICES SCHOOL TEACHER; DEPARTMENT OF SOCIAL SERVICES NURSE/DOCTORS,<br><br>                       Defendants. | 25-CV-5445 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 1, 2025, the Court directed Plaintiffs, within thirty days, to pay the $405.00 in fees required to file a civil action in this court, or to each submit a completed request to proceed *in forma pauperis* ("IFP application"). That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed IFP applications or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall enter.

SO ORDERED.

Dated:  August 12, 2025
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                               Chief United States District Judge