UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA DELTORO; KATHY DELTORO,<br><br>                      Plaintiffs,<br><br>-against-<br><br>DEPARTMENT OF SOCIAL SERVICES; DEPARTMENT OF SOCIAL SERVICES ATTORNEYS; DEPARTMENT OF SOCIAL SERVICES JUDGE; DEPARTMENT OF SOCIAL SERVICES SCHOOL TEACHER; DEPARTMENT OF SOCIAL SERVICES NURSE/DOCTORS,<br><br>                      Defendants. | 25cv5445 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the August 12, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 14, 2025
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                              Chief United States District Judge